IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HOLLY HAYES, Administratrix of the**
**Estate of Hollis Bealer, Deceased**                                      **PLAINTIFF**

**v.**                  **Case No. 4:18-cv-00816 KGB**

**UNITED STATES OF AMERICA**                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered in favor of defendant the United States of America on the claims of plaintiff Holly Hayes, as the Administratrix for the Estate of Hollis Bealer. Ms. Hayes' claims are dismissed with prejudice; the relief requested is denied.

So adjudged this 31st day of January, 2020.

_____
Kristine G. Baker
United States District Judge